# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

KIRBY OVERSTREET                                             CIVIL ACTION

VERSUS                                                       17-696-SDD-SDJ

FOREMOST INSURANCE COMPANY

### RULING ON MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S EXPERT TOMMY TOMPKINS

Before the Court is the *Motion in Limine to Exclude the Testimony of Plaintiffs' Expert Tommy Tompkins and Request for Hearing*[1] ("*Motion*") filed by Defendant Foremost Insurance Company ("Foremost").[2] The *Motion* is opposed by Plaintiffs in the consolidated cases ("Plaintiffs").[3] Foremost filed a *Reply*.[4] The Court does not require oral argument. The Court has carefully considered the law, the facts in the record, and the arguments and submissions of the Parties, and, for the following reasons, the *Motion* is denied.

The captioned matter, and those consolidated herewith for discovery purposes,[5] are but a few of the thousands of cases filed as the result of property damages alleged to have resulted from an epic rain event which caused widespread flooding in areas in Baton Rouge and surrounding areas between August 13 and 15, 2016 ("Flood").

---

[1] Rec. Doc. 79.
[2] Rec. Doc. 80. The subject *Motion* and this Court's instant *Ruling* applies to the matters consolidated for discovery purposes with the captioned matter.
[3] Rec. Doc. 83.
[4] Rec. Doc. 73.
[5] Rec. Docs. 13 & 14.

Foremost moves to exclude opinion testimony from the Plaintiff's loss expert Tommy Tompkins ("Tompkins"). Foremost's Motion is substantively identical to the Motion *in Limine* filed by Allstate Insurance Company in cases which present common questions of fact and law and which arise out of the Flood.[6] Another division of this Court has recently denied an identical Motion *in Limine* to exclude Tompkins.[7] For similar reasons, this Court reaches the same conclusion.

Therefore, this Court adopts the well-reasoned opinion of Judge deGravelles in *Albert Anderson vs Allstate Insurance Company*[8] and the undersigned's recent opinion in *Corley v. Gulfstream Property and Casualty Insurance Company*.[9] Accordingly, for the reasons set forth in these opinions, Foremost's *Motion in Limine and Request for Hearing*[10] is DENIED.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 10th day of February, 2021.

_____
SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[6] *See* Civil Action 17cv00597-JWD-SDJ, Rec Doc. 194.
[7] *See* Civil Action 17cv00597-JWD-SDJ, Rec Doc. 218.
[8] Civil Action 17cv00597-JWD-SDJ, Rec. Doc. 218.
[9] Civil Action 17cv00535-SDD-RLB, Rec. Doc. 74.
[10] Rec. Doc. 79.